UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MICHAEL DO,<br><br>      Plaintiff,<br><br>v.<br><br>BASIC AMERICAN, INC. d/b/a BASIC AMERICAN FOODS,<br><br>      Defendant. | Case No. 4:21-cv-00510-BLW<br><br>**ORDER GRANTING STIPULATION TO EXTEND CERTAIN DEADLINES** |

Currently before the Court is the parties' Stipulation to Extend Certain Deadlines (the "Stipulation") (Dkt. 17). Having reviewed the Stipulation and good cause appearing therefor;

IT IS HEREBY ORDERED that the Stipulation is **GRANTED** in the form so stipulated to and is binding on the parties and all others who have access to the information provided thereby.

DATED: October 17, 2022

_____
B. Lynn Winmill
U.S. District Court Judge